# Court of Appeals
# of the State of Georgia

ATLANTA,  July 24, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1959. LALITHA SARIPALLI v. VENDOR RESOURCE MANAGEMENT.

This case began as a dispossessory action in magistrate court.  The magistrate court entered judgment in favor of the plaintiff, and the defendant Lalitha Saripalli appealed to the state court, which also entered judgment in favor of the plaintiff. Saripalli then filed a direct appeal to the Supreme Court, which transferred the case to this Court.  See Case No. S18A1102 (transferred May 7, 2018).  We, however, lack jurisdiction.

When a state court ruling involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Saripalli's failure to do so deprives us of jurisdiction over this appeal.  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/24/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.


, Clerk.